IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:

DIAGNOSTIC INSTRUMENT GROUP, INC.     Case No. 01-273-8W1
and NELSON H. TOBIN,     Case NO. 01-274-8W1
    JOINTLY ADMINISTERED

    Debtor.

FILED OCT 14 2003 Clerk U.S. Bankruptcy Court, Tampa, FL

THE OFFICIAL COMMITTEE OF
UNSECURED CREDITORS BY AND THROUGH
MICHAEL C. MARKHAM, COMMITTEE
DESIGNEE UNDER THE CONFIRMED PLAN,

    Plaintiff,                             Adv. No.: 01-00591

vs.

HILARY JON LERNER, et al.,

    Defendants.
_____/

## ORDER DISMISSING ADVERSARY PROCEEDING

THIS ADVERSARY PROCEEDING came before the Court upon the Plaintiff's Ex Parte Motion for Order Dismissing Adversary Proceeding. Having reviewed the Motion and the file, it is appropriate to enter an order of dismissal. Accordingly, it is –

**ORDERED, ADJUDGED AND DECREED** that this adversary proceeding is hereby dismissed.

**DONE AND ORDERED** at Tampa, Florida this 14 day of October, 2003.

MICHAEL G. WILLIAMSON
U.S. Bankruptcy Judge

Copies to:
Michael C. Markham, Esq.
911 Chestnut Street
Clearwater, FL 33756

Tom Labbe, O.D.
709 Oak Street
Graham, TX 76450

Diagnostic Instrument Group, Inc.
8404 Sunstate Street
Tampa, FL 33634-1310

Stephen R. Leslie, Esq.
110 Madison Street
Suite 200
Tampa, FL 33602

Allan C. Watkins Esq.
Watkins Law Firm, PA
707 N. Franklin St., Ste. 750
Tampa, FL 33602

Gene Chikowski, Esq.
1420 Walnut Street, Ste. 806
Philadelphia, PA 19102

David Merrill, Esq.
Cohen, Conway, Copeland et al
10 Central Parkway, Ste. 400
Stuart, FL 34994

Dennis J. LeVine Esq.
Dennis Levine & Assoc
P.O. Box 707
Tampa, FL 33601

Philip V. Martino, Esq.
Piper Marbury Rudnick et al
101 E. Kennedy Blvd., Suite 2000
Tampa, FL 33602

F. Lorraine Jahn, Esq.
Solomon Law Group, PA
400 N. Ashley Plaza, Ste 3000
Tampa, FL 33601-4331

Alberto F. Gomez, Esq.
119 South Dakota Avenue
Tampa, FL 33606-1813

Marsha G Rydberg Esq.
Rydberg Law Firm, PA
400 N. Tampa Street, Ste. 2630
Tampa, FL 33602

Jeffrey W Warren Esq
Bush, Ross
P. O. Box 3913
Tampa, FL 33601-3913

James Stephen King, Esq.
Bogatin Law Firm PLC
1661 International Pl. Dr., Ste. 300
Memphis, TN 38120

Erich N Durlacher Esq
Burr & Forman LLP
P. O. Box 54617
Atlanta, GA 30308

George E. Ridge, Esq.
Cooper, Ridge & Beale, P.A.
1200 SunTrust Bank Bldg.
200 W. Forsyth Street
Jacksonville FL 32202

Gary L. Lublin, Esq.
732 N. Thornton Ave
Orlando, FL 32803

Marshall Winn, Esq.
Wyche, Burgess, Freeman
P. O. Box 728
Greenville, SC 29602

James R. Chadderdon, Esq.
Alamo Bldg., Ste 408
128 South Tejon St
Colorado Springs, CO 80903-2212

Kathleen A Vitez Esq.
Penske Truck Leasing Co.
P. O. Box 563
Reading, PA 19603

Roberta A Colton Esq.
Trenam, Kemker
Bank of America Plaza
101 E. Kennedy Blvd., Ste. 2700
Tampa, FL 33601

Emily S Donahue, Esq.
Jackson Walker LLP
901 Main St Ste. 6000
Dallas, TX 75202

Karen M Buckley, Esq.
246 Walnut Street
Newton, MA 02460

R. Nathan Hightower Esq.
MacFarlane, Ferguson & McMullen
P.O. Box 1669
Clearwater, FL 33757

Jon R. Brakke, Esq.
Vogel, Weir, Hunke
P. O. Box 1389
Fargo, ND 58107-1389

U.S. Trustee
501 E. Polk Street, Suite 1200
Tampa, FL 33602

42275.103681(#302144)